IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | No.  2:25-CV-1268-DMC<br><br><br>ORDER |

　　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is a stipulation filed on behalf of Plaintiff and Defendant Wells Fargo Bank, N.A., to stay these proceedings in their entirety pending binding arbitration.  See ECF No. 5.  Defendant Stealth Auto Recovery, Inc., has not been served and is not a party to the stipulation.  Good cause appearing therefor, the parties' stipulation will be approved, and this action will be stayed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' stipulation to stay this action pending binding arbitration, ECF No. 5, is approved.

2. This matter is stayed in its entirety pending completion of binding arbitration and further order of this Court.

3. Within 60 days of the date of this order, and every 60 days thereafter, the parties shall file a joint report advising the Court on the status of arbitration proceedings.

Dated: November 6, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE